## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ALAN BEAMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-cv-1019 |
| JAMES SOUK, et al., | ) |
| Defendants. | ) |

## O R D E R  &  O P I N I O N

This matter is before the Court on Plaintiff's Motion for Reconsideration of the Court's dismissal of Count I against Defendants Souk and Reynard (Doc. 74), and Magistrate Judge Cudmore's Report & Recommendation ("R&R") recommending its denial (Doc. 81).

The parties were notified that failure to object to Judge Cudmore's December 3, 2012 R&R within fourteen working days after service of the R&R would constitute a waiver of any objections. (Doc. 81 at 6). *See* 28 U.S.C. § 636(b)(1); *see also Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). Objections to the R&R were due by December 20, 2012, and none were made. This Court has reviewed the R&R, and will adopt it in its entirety.

IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation of the Magistrate Judge (Doc. 81) in full, and DENIES Plaintiff's Motion for Reconsideration of the Court's dismissal of Count I against Defendants Souk and Reynard (Doc. 74).

Entered this <u>21st</u> day of December, 2013.

                                                s/ Joe B. McDade
                                                JOE BILLY McDADE
                                        United States Senior District Judge