# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Alan Beaman

Plaintiff

vs.

James Souk, Charles Reynard,
Tim Freesmeyer, Rob Hospelhorn,
Dave Warner, John Brown, Frank Zayas,
McLean County Illinois,
Town of Normal, Illinois

Defendant

Case Number: 10-1019

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 7/12/2013 Order was entered granting parties' Joint Motion to Dismiss [d/e 89]. Defendants James Souk and Charles Reynard were dismissed from the case. On 8/27/2013 Parties' Joint Motion to Dismiss [d/e 114] was GRANTED, therefore Defendants McLean County Illinois, John Brown, and Rob Hospelhorn were dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that on 1/2/2014 Defendants' Motion for Summary Judgment [d/e 109] was GRANTED. Counts I, II, and III, are DISMISSED WITH PREJUDICE. Counts IV, V, VI, VII, and VIII are DISMISSED WITHOUT PREJUDICE.

**CASE TERMINATED.**

Dated: 1/7/2014

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court