IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN BEAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10 CV 1019 |
| | ) | |
| v. | ) | The Hon. Joe Billy McDade |
| | ) | Magistrate Judge Byron G. Cudmore |
| JAMES SOUK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Alan Beaman, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order entered on January 2, 2014, and docketed on January 3, 2014, granting a motion for summary judgment by Defendants Freesmeyer, Zayas, Warner, and Town of Normal (Dkt.136). Judgment was entered in the case on January 7, 2014 (Dkt. 137).

Respectfully submitted,
**ALAN BEAMAN**

By:  s/ David M. Shapiro

David M. Shapiro
    *Counsel of Record*
Locke E. Bowman
Joseph Margulies
Alexa A. Van Brunt
Roderick and Solange MacArthur Justice Center
Northwestern University School of Law
375 East Chicago Avenue
Chicago, Illinois  60611
312.503.1271

Jeffrey Urdangen
Bluhm Legal Clinic
Northwestern University School of Law
375 East Chicago Avenue
Chicago, IL 60611

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he electronically filed the foregoing document using the Court's CM/ECF system, which automatically served copies upon all parties listed on the attached Service List on January 29, 2014

                                              /s/   David M. Shapiro

**SERVICE LIST**
Beaman v. Souk et al.
No. 10 CV 1019

Jeffrey Urdangen
Bluhm Legal Clinic
Northwestern University School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-7413; (312) 503-2704 (Fax)
*Attorney for Plaintiff*

Thomas G. DiCianni
Lucy Bednarek
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606; (312) 782-0943 (Fax)
*Attorneys for Defendants Tim Freesmeyer, Rob Hospelhorn, Dave Warner, Frank Zayas, and Town of Normal, Illinois*